■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON B. OSGOOD, Appellant. (Appeal No. 2.) [961 NYS2d 354]— Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), entered August 10, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. CARTER, Appellant. [960 NYS2d 682]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), entered December 12, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN D. SANDY, Appellant. [960 NYS2d 683]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered September 7, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a weapon in the third degree (Penal Law §§ 110.00, 265.02 [7]). The record establishes that defendant knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.